UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY WORMAN,

        Plaintiff,

   v.

METLIFE GROUP, INC. and
DOES 1 through 10, inclusive,

        Defendants.
_____/

NO. CIV. S-06-2870 LKK EFB

O R D E R

    A status conference was set in the above-captioned case for March 26, 2007. Counsel for defendant appeared but counsel for plaintiff Larry Worman did not.

    Accordingly, the court orders as follows:

1. Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing within ten (10) days from the effective date of this order why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, in addition to the attorney's fees incurred by

1       counsel for defendant, for the failure to appear at the
2       status conference.
3   2. A further status conference is hereby SET for April 30,
4       2007 at 2:30 p.m.
5   3. Counsel for defendant is ordered to file in writing
6       within ten (10) days from the effective date of this
7       order an affidavit stating the attorney's fees incurred
8       by the failure of plaintiff's counsel to appear at the
9       status conference.
10 IT IS SO ORDERED.
11 DATED: March 28, 2007.

                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

2