UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY WORMAN,

        Plaintiff,

   v.

METLIFE GROUP, INC. and
DOES 1 through 10, inclusive,

        Defendants.

                                 /

NO. CIV. S-06-2870 LKK EFB

O R D E R

    On March 26, 2007, the court ordered counsel for plaintiff to show cause why sanctions should not be imposed for counsel's failure to appear at the status conference. Defendant also filed an affidavit representing that $290 in fees were incurred by this non-appearance. Counsel for plaintiff did not file a response to the order to show cause.

    Accordingly, the court orders as follows:

    1.   Counsel for plaintiff is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30)

1   days from the date of this order.
2.   Counsel for plaintiff is ORDERED to pay counsel for defendant $290.
3.   Counsel shall file an affidavit stating that these sums have not been, and will not be, billed, directly or indirectly, to the client or in any way made the responsibility of the client as attorneys' fees or costs.

IT IS SO ORDERED.

DATED: April 25, 2007.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2