**STEVEN BENJAMIN**
California State Bar Number: 176784
**BENJAMIN LAW OFFICES**
3620 American River Drive, Suite 130
Sacramento, California 95864
Telephone:(916) 488-3616
Facsimile: (916) 488-6342

Attorneys for Plaintiff Larry Worman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WORMAN,<br><br>        Worman,<br><br>   v.<br><br>METLIFE GROUP INC. and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. 2:06-CV-02870-LKK-EFB<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2). The Parties shall bear their own costs and attorneys' fees in connection with this action.

DATED:  July 2, 2008                BENJAMIN LAW OFFICES


By  /s/ Steven Benjamin

Steven Benjamin, Esq.
Attorneys for Larry Worman

OHS West:260483238.1

STIPULATION OF DISMISSAL AND
PROPOSED ORDER
CIV.S-04-0227 DFL JFM

1  DATED: July 2, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                          By /s/ Trish Higgins

                                             Trish Higgins, Esq.
                                             Attorneys for MetLife Group, Inc.

IT IS SO ORDERED.

DATED: August 4, 2008

                                          _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

OHS West:260483238.1

STIPULATION OF DISMISSAL AND
PROPOSED ORDER
CIV.S-04-0227 DFL JFM